DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES HAYNES, | Case No. C09-00174 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; PAULO MORGADO, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | Hearing Date:  April 23, 2009<br>Time:  2:30 p.m.<br>Place:  Before Judge P.J. Hamilton<br>CourtRoom 3, 17th Floor<br><br>Trial Date:  None set |
| Defendants. | |

The Court has scheduled a case management conference before Judge Phyllis J. Hamilton for Thursday, April 23, 2009 at 2:30 p.m.

Counsel for the parties agree and stipulate that the case management conference be rescheduled to either May 21, 2009 or May 28, 2009 at 2:30 p.m., subject to the Court's availability.

1  The parties also request that all dates related to the initial case management conference be rescheduled in accordance with the new conference date.

2  This request is made because both counsel for plaintiffs are presently in trial in the matter of *Oliver v. City and County of San Francisco* in front of Magistrate Judge Larson. Counsel for defendants understands that the *Oliver* case has been in trial the entire week of April 13-17, 2009, and that the jury had been deliberating as of the writing of this stipulation, Friday, April 17, 2009.

Plaintiff's counsel, Mr. Burris, authorized me today at 12:50 PM by phone to file this stipulation.

As far as defense counsel is aware, the parties have not made any prior requests to modify the conference.

The parties therefore jointly stipulate and request that the case management conference be rescheduled to either May 21, 2009 or May 28, 2009 at 2:30 p.m., subject to the Court's availability. The parties also request that all dates associated with the initial case management conference, be reset in accordance with the new conference date.

IT IS HEREBY STIPULATED BY THE PARTIES:

Dated:  April 17, 2009            DENNIS J. HERRERA
                                  City Attorney
                                  JOANNE HOEPER
                                  Chief Trial Deputy
                                  SEAN F. CONNOLLY
                                  Deputy City Attorney


                                  By:   s/Sean F. Connolly
                                  SEAN F. CONNOLLY
                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  April 17, 2009            BENJAMIN NISENBAUM, ESQ.
                                  JOHN BURRIS, ESQ.
                                  Law Officers of John Burris


                                  By:   s/John Burris
                                  JOHN BURRIS
                                  Attorney for Plaintiff
                                  CHARLES HAYNES

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the case management conference present set for April 23, 2009 at 2:30 p.m. be continued to  May 21, 2009  at 2:30 p.m.  It is further ordered that all case management deadlines are reset in accordance with the new case management conference.

Dated:  April 20, 2009



HONORABLE PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER TO CONT CMC; CASE NO. C09-00174 PJH         3                    n:\lit\li2009\090894\00550759.doc